UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                     Civil No. 04-4357(DSD/RLE)


Lisa Vajdl,

         Plaintiff,

v.                                                      **ORDER**

Mesabi Academy of KidsPeace,
Inc., KidsPeace Corporation,
and Michael Muehlberg,

         Defendants.


     Julie A. Matonich, Esq. David A. Arndt, Esq., Edward J.
     Matonich, Esq. and Matonich & Persson, 2031 Second Avenue
     East, P.O. Box 127, Hibbing, MN 55746, counsel for
     plaintiff.

     Lee M. Friedman, Esq., Daniel R. Wachtler, Esq., R. Ann
     Huntrods, Esq. and Briggs & Morgan, 80 South Eighth
     Street, Minneapolis, MN 55402, counsel for defendant
     KidsPeace Corporation.

     Elizabeth A. Storaasli, Esq., Mark L. Knutson, Esq. and
     Agnew, Dryer, Storaasli, Knutson & Pommerville, Suite 200
     Sellwood Building, 202 West Superior Street, Duluth, MN
     55802, counsel for defendant Michael Muehlberg.


     This matter is before the court upon defendants' appeal of

Magistrate Judge Raymond L. Erickson's June 30, 2006, order

granting plaintiff's motion to modify the protective order issued

in this case.  Magistrate Judge Erickson modified the protective

order to allow the Equal Employment Opportunity Commission access

to the summary judgment record in this case so that the agency may

determine whether to file an Amicus Brief with the Eighth Circuit

Court of Appeals.  Based on a review of the record, the protective

order issued herein and the parties' submissions, the court concludes that Magistrate Judge Erickson's order is neither clearly erroneous nor contrary to law.  See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. LR 72.1(b)(2).

Accordingly, **IT IS HEREBY ORDERED** that the order of the United States Magistrate Judge dated June 30, 2006, [Docket No. 66] is affirmed in all respects.


Date:  July 22, 2006

                                        s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court